**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Antonio MUNOZ–DURAN, Defendant–Appellant.**

No. 02–10592.

D.C. No. CR–02–05090–OWW.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Dec. 8, 2003.*

Decided Dec. 16, 2003.

David L. Gappa, USF–Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Antonio Munoz–Duran, pro se, Victor Chavez, Assistant Federal Defender, Office of the Federal Defender, Fresno, CA, for Defendant–Appellant.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM**

Antonio Munoz–Duran appeals the judgment of conviction, pursuant to a guilty plea, and 50–month sentence for being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

Counsel for Munoz–Duran has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.